# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-1046

_____

Djibril Djamil Bah-Traore

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: September 6, 2013
Filed: September 12, 2013
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Togolese citizen Djibril Bah-Traore petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's decision denying him asylum, withholding of removal, and relief under the Convention Against Torture (CAT). After careful review, we find no basis for granting the petition, as the BIA's denial of relief was supported by substantial evidence on the

record as a whole.  *See Cubillos v. Holder*, 565 F.3d 1054, 1056-58 (8th Cir. 2009) (applying substantial-evidence standard for BIA decision and holding denial of asylum dictates same outcome on withholding-of-removal claim based on same underlying factual allegations); *Guled v. Mukasey*, 515 F.3d 872, 882 (8th Cir. 2008) (holding separate analysis under CAT is required only when there is evidence alien may be tortured for reasons unrelated to his claims for asylum and withholding of removal).  Accordingly, we deny the petition for review.  *See* 8th Cir. R. 47B.

_____